UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENVIRONMENTAL RESEARCH CENTER, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HOTZE HEALTH WELLNESS CENTER INTERNATIONAL ONE, L.L.C., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-00370-VC<br><br>**ORDER TO SHOW CAUSE** |

　　The defendants are ordered to show cause why they should not be required to pay all fees and costs that the plaintiff incurs as a result of this removal. *See* 28 U.S.C. § 1447. In addition, the defendants and their counsel are ordered to show cause why they should not each be subject to further sanctions under Rule 11 for filing a notice of removal in bad faith for purposes of delay. A written response to this order (or, if necessary, separate responses from the defendants and their counsel) is due on Wednesday, April 22, at 10:00 a.m., and a hearing on this order will take place on Thursday, April 23, at 10:00 a.m.

　　**IT IS SO ORDERED.**

Dated: April 15, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　United States District Judge